DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN FRANCO-NIETO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 08-496-EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | |
| JUAN FRANCO-NIETO, | ) | DATE: December 12, 2008 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Edward J. Garcia |

Defendant JUAN FRANCO-NIETO by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, DANIEL McCONKIE, Assistant United States Attorney, hereby stipulate that the status conference set for November 14, 2008 be rescheduled for a status conference on Friday, December 12, 2008 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation.

Furthermore, this is the defendant's initial appearance before this court. The party's are also waiting for probations,

1

Advisory Guideline Presentence Investigation Report.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 12, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 10, 2008

                                Respectfully Submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Dennis S. Waks
                                Supervising Assistant
                                Federal Defender
                                Attorney for Defendant
                                JUAN FRANCO-NIETO

DATED:  November 10, 2008        McGREGOR W. SCOTT
                                United States Attorney

                                /s/  Dennis S. Waks for
                                DANIEL McCONKIE
                                Assistant U.S. Attorney

**SO ORDERED.**

Dated:  November 10, 2008

                        /s/ Edward J. Garcia
                        EDWARD J. GARCIA
                        United States District Court Judge