DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN FRANCO-NIETO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR.S. 08-496-EJG |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO EXTEND TIME FOR STATUS |
| v. | ) CONFERENCE AND EXCLUDE TIME |
| JUAN FRANCO-NIETO, | ) DATE: January 16, 2009 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Edward J. Garcia |

Defendant JUAN FRANCO-NIETO by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, DANIEL McCONKIE, Assistant United States Attorney, hereby stipulate that the status conference set for December 12, 2008 be rescheduled for a status conference on Friday, January 16, 2009 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 16, 2009 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable

1

```
1  time to prepare] (Local Code T4).
2  DATED: December 9, 2008
3                                          Respectfully Submitted,
4                                          DANIEL J. BRODERICK
                                           Federal Defender
5
6                                          /s/ Dennis S. Waks
                                           Supervising Assistant
7                                          Federal Defender
                                           Attorney for Defendant
8                                          JUAN FRANCO-NIETO
9  DATED:  December 9, 2008                McGREGOR W. SCOTT
                                           United States Attorney
10
11                                         /s/   Dennis S. Waks for
                                           DANIEL McCONKIE
12                                         Assistant U.S. Attorney
13 SO ORDERED.
14
   Dated: December 9, 2008
15
16
                                /s/ Edward J. Garcia
17 _____     EDWARD J. GARCIA
                                United States District Court Judge
18
```