1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUAN FRANCO-NIETO

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )  CR.S. 08-496-EJG
11                                 )
                   Plaintiff,      )  STIPULATION AND ORDER
12                                 )  TO EXTEND TIME FOR STATUS
        v.                         )  CONFERENCE AND EXCLUDE TIME
13                                 )
   JUAN FRANCO-NIETO,              )  DATE:  February 6, 2009
14                                 )  Time:  10:00 a.m.
                   Defendant.      )  Judge: Edward J. Garcia
15 _____

16

17      Defendant JUAN FRANCO-NIETO by and through his counsel,

18 DENNIS S. WAKS, Supervising Assistant Federal Defender, and the

19 United States Government, by and through its counsel, DANIEL

20 McCONKIE, Assistant United States Attorney, hereby stipulate that

21 the status conference set for January 16, 2009 be rescheduled for

22 a status conference on Friday, February 6, 2009 at 10:00 a.m.

23      This continuance is being requested because defense counsel

24 requires additional time to receive and review discovery, discuss

25 the case with the government, and pursue investigation.

26      Speedy trial time is to be excluded from the date of this

27 order through the date of the status conference set for February

28 6, 2009 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable

                                    1

1  time to prepare] (Local Code T4).

2  DATED: January 14, 2009

3                                        Respectfully Submitted,

4                                        DANIEL J. BRODERICK
                                         Federal Defender

5

6                                        /s/ Dennis S. Waks
                                         Supervising Assistant
7                                        Federal Defender
                                         Attorney for Defendant
8                                        JUAN FRANCO-NIETO

9  DATED:  January 14, 2009              LAWRENCE G. BROWN
                                         Acting United States Attorney
10

11                                       /s/  Dennis S. Waks for
                                         DANIEL McCONKIE
12                                       Assistant U.S. Attorney

13  **SO ORDERED.**

14
    Dated: Jan. 14,  2009
15

16
                                         /s/ Edward J. Garcia
17  _____          EDWARD J. GARCIA
                                         United States District Court Judge
18

19

20

21

22

23

24

25

26

27

28